United States Courts
Southern District of Texas
FILED

*March 04, 2022*

AO 91 (Rev 8/01)    Criminal Complaint

Nathan Ochsner, Clerk of Court

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Luis Trejo-Almazar

**CRIMINAL COMPLAINT**

Case Number:    M-22-0452-M

IAE    YOB:    1968
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __March 3, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Luis Trejo-Almazar was encountered by Border Patrol Agents near Abram, Texas on March 3, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on March 3, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on July 16, 2021, through Brownsville, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On November 30, 2020, the defendant was convicted of 8 USC 1326, Illegal Re-Entry and sentenced to fifteen (15) months confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Complaint authorized by AUSA L. Fry
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

March 4, 2022    at 4:23 p.m.

/S/    Jon M. Chan
**Signature of Complainant**

Jon M. Chan                Border Patrol Agent

J. Scott Hacker            , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**